UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHOES FOR CREWS, L.L.C.,
and SHOES FOR CREWS,

    Plaintiffs,

vs.

SKECHERS FOOTWEAR, U.S.A, INC.,
a California corporation,

    Defendant.
_____/

CASE NO. 04-80779-CIV-DIMITROULEAS

FILED by _____ D.C.

JAN 2 ? 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court *sua sponte*.

On December 27, 2004, this Court ordered the Plaintiffs to show cause why this case should not be dismissed for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. [DE-3]. Moreover, the Court warned that failure to comply with that Order within twenty (20) days would result in the dismissal of the case without prejudice. Twenty (20) days elapsed and no response was filed with the Court. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall deny any pending motions as moot.

3. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of January, 2005.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael A. Slavin, Esquire

